1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF PATRICK MCKILLEN AND HUME STREET MANAGEMENT CONSULTANTS LIMITED, APPLICANTS, FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING,<br><br>              Applicants. | Case No. 2:24-mc-00062-JFW-PD<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Application by Patrick McKillen ("McKillen") and Hume Street Management Consultants Limited ('HSMC") (together "Applicants") For an Order Pursuant To 28 U.S.C. § 1782 to Take Discovery for Use in A Foreign Proceeding (the "Application"), the records on file, and the Report and Recommendation of United States Magistrate Judge (the "Report").

The Court accepts and adopts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED as follows:

(1)     The Application is granted.

(2)     Applicants may issue and serve the Subpoenas, attached as Exhibits 1 and 2 to the Ex Parte Application for an Order pursuant to 28 U.S.C. § 1782, Docket Nos. 1-1 and 1-2 (the "Subpoenas"), on Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani.

(3)     This Order is without prejudice to Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani or any other person affected by the Subpoenas contesting the Subpoenas as permitted by the Federal Rules of Civil Procedure.  Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani or any person contesting the Subpoenas shall have thirty (30) calendar days from the date of service of the Subpoenas to file any motion in this Court to contest either or both Subpoenas, which date may be extended by agreement of the parties or order of the Court.  To allow for such motions, the return date on the Subpoenas must be set at least thirty-one (31) calendar days after the date of its service.  Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani's obligation to respond to the Subpoenas is automatically stayed upon the filing of any motion contesting the Subpoenas, and such stay shall remain in effect until such motion is resolved.  In this regard, Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani and any person contesting the Subpoenas are reminded of their obligation to comply with Central District of California Local Civil Rule 37 and Magistrate Judge Donahue's discovery dispute resolution process before resorting to motion practice in connection with the Subpoena. *See* C.D. Cal. L.R. 37; http://www.cacd.uscourts.gov/honorable-patricia-donahue; and

2

(4)     Applicants shall serve a copy of the Report and this Order on Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani together with service of the Subpoenas.

DATED:  August 5, 2024

_____

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE