JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
ADAM K. LLOYD (SBN 307949)
adam.lloyd@skadden.com
KHALED B. ABBAS (SBN 335086)
khaled.abbas@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Specially Appearing Movant*
SHEIKH HAMAD BIN JASSIM BIN JABER BIN MOHAMMED BIN THANI AL THANI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLICATION OF PATRICK MCKILLEN AND HUME STREET MANAGEMENT CONSULTANTS LIMITED FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**,<br><br>Applicants. | CASE NO.: 2:24-mc-00062-JFW-PD<br><br>**DECLARATION OF RASHID BIN NASSIR AL NUAIMI IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED UNDER 28 U.S.C. § 1782.**<br><br><u>DISCOVERY MATTER</u><br><br>Magistrate Judge: Patricia Donahue<br>Courtroom: 580<br>Hearing Date: January 31, 2025<br>Hearing Time: 1:30 p.m.<br><br>Discovery Cutoff: Not applicable<br>Pre-trial Conference: Not applicable<br>Trial Date: Not applicable |

## DECLARATION OF RASHID BIN NASSIR AL NUAIMI

I, Rashid Bin Nasser Al Nuaimi, declare and state as follows:

1. I submit this declaration in support of the Motion To Quash Subpoenas Issued Under 28 U.S.C. § 1782 in the above-captioned matter. I make this declaration based on my own personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2. I am a citizen of Qatar, and I currently reside in and am located in Doha, Qatar.

3. I am an attorney at the law firm of Rashid Bin Nasser Al Nuaimi, and I am admitted to practice law in Qatar. I have a formal education in and extensive experience with Qatari law, including government procedure and requirements.

4. I represent Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani al Thani ("HBJ"), including for the purpose of domestic Qatari matters.

5. As part of my representation of HBJ, I am familiar with the location of his primary residence, property ownership, as well as where he spends his time. Also as part of my representation of HBJ, I assist him with providing and obtaining information to and from the Qatari government, and have access to official Qatari government records on HBJ's behalf.

6. HBJ is Qatari citizen, a member of the Qatari royal family, and is related to Sheikh Tamim bin Hamad bin Khalifa Al Thani, the ruling Emir of Qatar.

7. HBJ previously served as the Qatari Foreign Minister and as the Prime Minister of Qatar.

8. Based on my personal knowledge, HBJ's primary permanent residence is located in Doha, Qatar. He does not live in Los Angeles, California.

9. Official Qatari government records confirm that HBJ resides in Qatar. Attached hereto as **Exhibit 1** is a true and correct redacted certified copy of an official National Address Certificate issued by the Qatari Ministry of the Interior reflecting that HBJ's permanent address is located in Qatar (the "Certificate").

10. I obtained the Certificate on HBJ's behalf by contacting the General Directorate of Passports within the Qatari Ministry of the Interior, which has a legal obligation to accurately record the residency information of Qatari citizens, as well as their entry and exit from Qatar.

11. Certificates such as that attached hereto are kept in regular course of the Ministry of Interior's legal obligations based on registration information required by law to be provided to the Ministry of the Interior by a Qatari resident.

12. Under Qatari law, those who do not comply or knowingly provide incorrect data regarding their national address shall be fined. If one's national address information changes, they are required by law to immediately notify the Ministry of the Interior.

13. The Certificate is signed and certified by the Head of The National Address Section for the Qatari Ministry of the Interior, who is authorized under Qatari law to make such a certification.

14. This Certificate contains HBJ's residential address information in Qatar and his Qatari national identification number, which have been redacted for security and privacy purposes.

15. For individuals, under Qatari law, this Certificate is available only to those who are actual full-time permanent residents of Qatar and have a valid Qatari ID. Thus, HBJ would not have such a Certificate if he were not a Qatari citizen and a full-time permanent resident of Qatar.

16. Based upon my personal knowledge of HBJ's address, I can confirm that the Certificate correctly lists HBJ's permanent Qatari address.

17. Based on my personal knowledge, which has been confirmed by my review of Qatari government records, HBJ spends most of his time in Qatar each year. HBJ is currently located in Doha, Qatar.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

**Rashid Bin Nassir Al-Nuaimi's Office**
Law Firm & Legal Consultants

مكتب راشد بن ناصر النعيمي
للمحاماة والإستشارات القانونية

1 | Executed on November 17, 2024, in Doha, Qatar.

By: _____

Rashid Bin Nasser Al Nuaimi

# EXHIBIT 1



الإدارة العامـــة للجـــــوازات | وزارة الداخليـــــة
General Directorate of Passports | Ministry of Interior
مكتب المدير العــــام - Director General's Office | دولــة قطــر - State of Qatar

**Print Date :** 02/10/2024
**Print Time :** 04:37

# National Address Certificate

REDACTED

The Ministry of Interior certified that the national address registered on

**Name :** SHEIKH HAMAD JASSIM J M AL-THANI

**QID :** REDACTED

## ◆ Contact Details

Mobile Number : REDACTED          Land Line Number : REDACTED
Email : REDACTED                   Post Box Number : REDACTED

## ◆ Home Address

Zone Number : REDACTED             Street Number : REDACTED
Building Number : REDACTED  Unit Number :    Electricity Number : REDACTED

◆ This certificate was issued on 02/10/2024 and it's valid until 31/12/2024 and upon request from the certificate's owner without any liability or responsibility on Ministry of Interior. This certificate shall be granted to certificate's owner only.

**Head of The National Address Section**



Signed By: Ministry Of Interior
Location: Doha, Qatar
Date: 02/10/2024 16:37:50 AST

وزارة الداخليـــــة
Ministry of Interior
دولــة قطــر - State of Qatar



*This document has been digitally signed.*
*Please visit the Ministry of Interior's electronic services website*
*(https://portal.moi.gov.qa/wps/portal/en/moidcvinquiry?* REDACTED
*or check the code Quick Retrieval to confirm the legitimacy of the document (QR Code).*

هاتف: 0333 4489   0218 4489   (974+) - فاكس : 3777 4488   (974 +) ص ب : 122, الدوحة - قطر
Tel : (+974) 4489 0218 - 4489 0333 - Fax : (+974) 44883777 , P.O. Box : 122, DOHA-QATAR , E-mail : bpea@moi.gov
www.moi.gov.qa