1   JASON D. RUSSELL (SBN 169219)
    jason.russell@skadden.com
2   ADAM K. LLOYD (SBN 307949)
    adam.lloyd@skadden.com
3   KHALED B. ABBAS (SBN 335086)
    khaled.abbas@skadden.com
4   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    2000 Avenue of the Stars, Suite 200N
5   Los Angeles, California 90067
    Telephone:   (213) 687-5000
6   Facsimile:    (213) 687-5600

7   *Attorneys for Specially Appearing Movant*
    SHEIKH HAMAD BIN JASSIM BIN
8   JABER BIN MOHAMMED BIN THANI
    AL THANI

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12  **IN RE APPLICATION OF**              )   CASE NO.: 2:24-mc-00062-JFW-PD
    **PATRICK MCKILLEN AND**              )
13  **HUME STREET**                       )   **DECLARATION OF KHALED B.**
    **MANAGEMENT**                        )   **ABBAS IN SUPPORT OF MOTION**
    **CONSULTANTS LIMITED FOR**           )   **TO QUASH SUBPOENAS ISSUED**
14  **AN ORDER PURSUANT TO 28**           )   **UNDER 28 U.S.C. § 1782.**
    **U.S.C. § 1782**,                    )
15                                        )   DISCOVERY MATTER
              Applicants.                 )
16                                        )
                                          )   Magistrate Judge:  Patricia Donahue
17                                        )   Courtroom:  580
                                          )   Hearing Date:  January 31, 2025
18                                        )   Hearing Time: 1:30 p.m.
                                          )
19                                        )   Discovery Cutoff: Not applicable
                                          )   Pre-trial Conference: Not applicable
20  _____         )   Trial Date: Not applicable
21
22
23
24
25
26
27
28

ABBAS DECL. ISO MOTION TO QUASH SUBPOENAS
ISSUED UNDER 28 U.S.C. § 1782

## DECLARATION OF KHALED B. ABBAS

1.      I am over the age of 18 and not a party to this action. I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Specially Appearing Movant Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani al Thani ("HBJ") in the above-captioned matter. I submit this declaration in support of HBJ's Motion to Quash Subpoenas Issued Under 28 U.S.C. § 1782 (the "Motion"). I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2.      I am a native Arabic speaker and am fluent in Arabic and English. I can read and write Arabic and English. In addition to being a native Arabic speaker, I received formal instruction in Arabic and English through elementary, middle and high school.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of a November 29, 2022, social media post that HBJ made on the Instagram platform in Arabic, as well as the machine-translated English version that was created by Instagram's built-in translation feature. I reviewed this social media post in Arabic and the machine-translated English version. I understand that Applicants Hume Street Management Consultants Limited and Patrick McKillen have relied upon this social media post to assert that HBJ lives in Los Angeles.

4.      Instagram's built-in translation feature translated the Arabic text to "Today at my home with friend Mukesh Ambani Los Angeles."

5.      While the English translation uses the word "home," the Arabic word used by HBJ that it is translating—for which the English transliteration is "manzil"—does not necessarily mean "home" in the same sense it is normally used in the English language to signify one's primary place of residence. Rather, "manzil" can be used to generally refer to a house, inn, or any place of dwelling without signifying that the location is the speaker's primary place of residence.

ABBAS DECL. ISO MOTION TO QUASH SUBPOENAS
ISSUED UNDER 28 U.S.C. § 1782

6.      The Oxford Essential Arabic Dictionary confirms that the word "manzil" can refer to a house or place of dwelling, as opposed to "home." Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the Oxford Essential Arabic Dictionary, which provides that the word "manzil" is the correct Arabic translation for the English word "house."

7.      Further, HBJ has used the same word "manzil" to describe many different properties around the world, which is additional support that HBJ is using the word to simply describe the location as a house where he was currently located at the time the photograph was taken, as opposed to his primary personal residence. Attached hereto as **Exhibits 3** and **4** are true and correct copies of HBJ's public Instagram posts made in Arabic on May 2024 and October 2023, respectively, accompanied by the machine-translated English version of those same posts. I accessed these public social media posts from the Instagram platform.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 14, 2024, in Los Angeles, California.

By: _____

Khaled B. Abbas

ABBAS DECL. ISO MOTION TO QUASH SUBPOENAS
ISSUED UNDER 28 U.S.C. § 1782

# Exhibit 1





# Exhibit 2

# Oxford Essential
# Arabic Dictionary

## ENGLISH–ARABIC

## ARABIC–ENGLISH

# OXFORD

# OXFORD
**UNIVERSITY PRESS**

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York

Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in

Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Oxford University Press 2010
Database right Oxford University Press (maker)

First edition published 2010

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the
appropriate reprographics rights organization. Enquiries concerning
reproduction outside the scope of the above should be sent to the
Rights Department, Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

ISBN 978-0-19-956115-5

2

Typeset by Datagrafix, Inc.
Printed in Great Britain by
Clays Ltd, St Ives plc

**H**

**homosexual** /ˌhəʊmə'sekʃuəl/ *adj*
شَاذٌّ جِنْسِيّاً

**honest** /'ɒnɪst/ *adj* صَادِق

**honesty** /'ɒnəsti/ *n* صِدْق

**honey** /'hʌni/ *n* عَسَل

**honour** /'ɒnə(r)/ *n* US **-nor** شَرَف
♦ *v* (an agreement) يُنَفَّذ (the dead)
يُشَرَّف

**hood** /hʊd/ *n* قَلَنْسُوَة

**hook** /hʊk/ *n* خُطَّاف

**hop** /hɒp/ *v* يَثِب

**hope** /həʊp/ *n* أَمَل/آمَال مف/ج
♦ *v* يَأْمَل

**hopeless** /'həʊpləs/ *adj* مَيْئُوس مِنْهُ

**horizon** /hə'raɪzn/ *n* أُفُق/آفَاق مف/ج

**horizontal** /ˌhɒrɪ'zɒntl/ *adj* أُفُقِيّ

**horn** /hɔːn/ *n* (of a bull) قَرْن/قُرُون
بُوق/أَبْوَاق (in music) مف/ج
مُنَبِّه/مُنَبِّهَات (car's) مف/ج

**horrible** /'hɒrəbl/ *adj* (picture) كَرِيه
(murder, etc) مُرَوِّع (weather) فَظِيع

**horrify** /'hɒrɪfaɪ/ *v* يُرَوِّع

**horror** /'hɒrə(r)/ *n* رُعْب

**horse** /hɔːs/ *n* حِصَان/خُصُن وَأَحْصِنَة
مف/ج

**hospitality** /ˌhɒspɪ'tæləti/ *n* حُسْن
الضِيافَة

**host** /həʊst/ *n* مُسْتَضِيف

**hostage** /'hɒstɪdʒ/ *n* رَهِينَة/رَهَائِنُ
مف/ج

**hostile** /'hɒstaɪl/ *adj* عَدَائِيّ

**hostility** /hɒ'stɪləti/ *n* pl **-ties** /عَدَاء
عَدَاءَات مف/ج

**hot** /hɒt/ *adj* (soup, day, pan)
سَاخِن، حَارّ
*a hot drink* مَشْرُوب سَاخِن
*I'm hot.* أَشْعُر بِالحَرّ
*It's hot today.* هَذَا اليَوْم حَارّ

**hotel** /həʊ'tel/ *n* فُنْدُق/فَنَادِقُ مف/ج

**hour** /'aʊə(r)/ *n* سَاعَة/سَاعَات مف/ج
*two hours later* بَعْدَ سَاعَتَيْن
*in four hours* بَعْدَ أَرْبَع سَاعَات
*every hour* كُلّ سَاعَة
*It will take an hour.*
سَوْفَ تَسْتَغْرِق سَاعَة

**house** /haʊs/ *n* مَنْزِل/مَنَازِلُ مف/ج

**housing** /'haʊzɪŋ/ *n* إِسْكَان

**how** /haʊ/ *adv* كَيْفَ
*How do you do it?* كَيْفَ تَفْعَل ذَلِكَ؟
*How are you? (I'm) Fine!*
كَيْفَ حَالُكَ؟ أَنَا جَيِّد!
*How do you do!* كَيْفَ حَالُكَ؟

# Exhibit 3





# Exhibit 4



♡ 7,162    💬 416    ⊿ 1,659

**hbj_althani** لقائي اليوم مع Stephen Schwarzman chairman and CEO of Blackstone في منزلي في الدوحه

October 22, 2023 · See translation

